**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

DANIELLE M. WARD,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-07-3017-JPH

**JUDGMENT IN A CIVIL CASE**

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 25th day of February, 2008.

        **JAMES R. LARSEN**
        **District Court Executive/Clerk**

        s/ Alma R. Gonzalez

        by: _____
            ALMA R. GONZALEZ
            Deputy Clerk

cc: all counsel